# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2356
LT Case No. 2022-CF-011844-A

———————————————————

ALBERT WILLIAM BURI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant
Attorney General, Tallahassee, for Appellee.

April 9, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and WALLIS and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____